UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JUSTIN TAHAI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-57-LEW |
| | ) | |
| VALERIE STANFILL et al. | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 15, 2026, the United States Magistrate Judge filed with the Court, with a copy to the pro se Plaintiff, the Recommended Decision After Preliminary Review (ECF No. 10), in which the Magistrate Judge conducted the screening dictated by 28 U.S.C. § 1915(e)(2)(B) and recommended that the Court dismiss Plaintiff's Complaint and dismiss as moot Plaintiff's Emergency Motion to Prevent Continuing Denial of Meaningful Access to the Courts and for Expedited Hearing (ECF No. 9). The Plaintiff filed his Objection on April 15, 2026 (ECF No. 10).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

1

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  This matter is HEREBY DISMISSED and the Emergency Motion is DENIED AS MOOT.

**SO ORDERED.**

Dated this 21st day of April, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge